Susana Santana
Nevada Bar No. 13753
ssantana@wshblaw.com
Dane W. Smith
Nevada Bar No. 16002
dsmith@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702.251.4100 ♦ Fax: 702.251.5405

*Attorneys for Defendants, Francisco Laguines and Marcos A. Huerta Duenas dba Nationwide Transportation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| JAMES BATCHELOR, individually,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO LAGUINES, an individual; MARCOS A. HUERTA DUENAS dba NATIONWIDE TRANSPORT; and DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20; inclusive,<br><br>　　　　　Defendants. | Case No. 2:25-cv-00433- EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)**<br><br>Trial Date:　　　None Set |

Pursuant to LR 6-1 and LR 26-3, and for good cause shown herein, the parties, by and through their respective counsel of record hereby stipulate and agree to and jointly move this Honorable Court for an order to update the discovery schedule based on the same.

**A.　DISCOVERY COMPLETED TO DATE**

The parties have completed the following disclosures and discovery:

1.　Plaintiff served his initial disclosure on April 10, 2025.

2.　Defendants served their initial disclosures on April 11, 2025.

3.　Defendants served their first set of requests for admissions to Plaintiff on May 30,

1  2025.

2  4.  Defendants served their first set of requests for production to Plaintiff on May 30,
3     2025.

4  5.  Defendants served their first set of interrogatories to Plaintiff on May 30, 2025.

5  6.  Plaintiff served his first set of requests for admissions to both Defendants
6     respectively on June 9, 2025.

7  7.  Plaintiff served his first set of requests for production to both Defendants respectively
8     on June 9, 2025.

9  8.  Plaintiff served his first supplemental disclosure on June 3, 2025.

10 9.  Plaintiff served his first set of interrogatories to both Defendants respectively on June
11    9, 2025.

12 10. Defendants served first set of initial disclosures on June 13, 2025.

13 11. Plaintiff underwent a FRCP 35 examination with Dr. Goz on June 19, 2025.

14 12. Plaintiff served his responses to Defendants' first set of requests for admission on
15    June 25, 2025.

16 13. Defendants served their initial expert disclosure on July 11, 2025.

17 14. Defendant Marcos served his responses to Plaintiff's first set of interrogatories on
18    July 22, 2025.

19 15. Defendant Marcos served his responses to Plaintiff's first set of requests for
20    admission on July 22, 2025.

21 16. Defendant Marcos served his responses to Plaintiff's first set of requests for
22    production on July 22, 2025.

23 17. Plaintiff served his responses to Defendants' first set of requests for production on
24    July 25, 2025.

25 18. Plaintiff served his responses to Defendants' first set of interrogatories on July 25,
26    2025.

27 19. Defendant Francisco served his responses to Plaintiff's first set of interrogatories on
28    August 6, 2025.

20. Defendant Francisco served his responses to Plaintiff's first set of requests for admission on August 6, 2025.

21. Defendant Francisco served his responses to Plaintiff's first set of requests for production on August 6, 2025.

22. Plaintiff served his second set of interrogatories to Defendant Francisco on August 7, 2025.

B. **DISCOVERY REMAINING TO BE COMPLETED**

1. Depositions of parties and/or witnesses;
2. Depositions of person(s) most knowledgeable;
3. Depositions of treating physicians;
4. Expert depositions;
5. Additional written discovery;
6. Disclosure of additional documents;
7. Subpoena/Obtain additional documents as necessary;

C. **REASON FOR REQUEST FOR EXTENSION OF DISCOVERY DEADLINES**

The parties stipulate to the extension of the discovery deadlines in this case. Good cause is shown to extend the discovery deadlines as the deadlines cannot reasonably be met despite the diligence of the parties that seek the extension. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608-09 (9th Cir. 1992).

Since discovery opened in March 2025, the parties have been diligently pursuing their respective discovery efforts. For example, the parties have exchanged initial written discovery, Plaintiff has undergone a FRCP 35 examination, and expert disclosures are complete. The parties are also planning to complete the Plaintiff's deposition in August 2025. Based on these initial discovery efforts, the parties recently scheduled a mediation with Judge Janet Berry scheduled for November 10, 2025.

The parties request this extension (it is the first extension requested), chiefly, to provide sufficient time to prepare for mediation and complete their discovery efforts if the mediation is unsuccessful. The parties also plan on continuing with necessary discovery such as Plaintiff's

deposition before the mediation date.

In sum, the parties have diligently pursued discovery and request this brief first extension to accommodate a mediation scheduled for November 10, 2025. Therefore, good cause exists for modification of the current scheduling order to avoid prejudice to the parties and ensure that enough time remains to perform all outstanding discovery efforts.

**D.    CURRENT SCHEDULE TO COMPLETE REMAINING DISCOVERY:**

Discovery Cutoff: September 8, 2025

Dispositive Motions: October 8, 2025

Joint Pre-Trial Order: November 7, 2025

**E.    PROPOSED SCHEDULE FOR COMPLETING DISCOVERY**

**Discovery Cutoff: December 8, 2025**

**Dispositive Motions: January 6, 2026**

**Joint Pre-Trial Order: February 5, 2026**

**F.    CURRENT TRIAL DATE:**

No trial is yet scheduled in this matter.

**G.    REQUEST NUMBER:**

This is the **first** request for an extension of time to complete discovery.

Wherefore, the parties respectfully request that the Court grant this request to extend the discovery deadlines as outlined above.

**IT IS SO AGREED.**

DATED: August 8th, 2025                              DATED: August 8th, 2025

**WOOD, SMITH, HENNING & BERMAN LLP**                **RICHARD HARRIS LAW FIRM**

/s/ Dane W. Smith                                    /s/ Johnathan Leavitt

Susana Santana                                       Johnathan Leavitt, Esq.
Nevada Bar No. 13753                                 Nevada Bar No. 13172
Dane W. Smith                                        *Attorneys for Plaintiff James Batchelor*
Nevada Bar No. 16002
*Attorneys for Francisco Laguines and Marcos A. Huerta Duenas dba Nationwide Transport*

*Batchelor v. Laguines, et al.*
*Case Number: 2:25-cv-00433EJY*

### ORDER

Pursuant to stipulation by the parties and for good cause shown, the deadlines and discovery schedule in this case are extended and continued as follows:

**Discovery Cutoff: December 8, 2025**

**Dispositive Motions: January 6, 2026**

**Joint Pre-Trial Order: February 5, 2026**

**Discovery Cutoff: December 8, 2025**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**Date: August 8, 2025**

SUBMITTED BY:

WOOD, SMITH, HENNING & BERMAN LLP

*/s/ Dane W. Smith*

_____
Susana Santana
Nevada Bar No. 13753
Dane W. Smith
Nevada Bar No. 16002
*Attorneys for Francisco Laguines and Marcos A. Huerta Duenas dba Nationwide Transport*