Susana Santana
Nevada Bar No. 13753
Dane W. Smith
Nevada Bar No. 16002
WOOD, SMITH, HENNING & BERMAN LLP
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702.251.4100 ♦ Fax: 702.251.5405
ssantana@wshblaw.com
dsmith@wshblaw.com

*Attorneys for Defendants, Francisco Lagunes (improperly named Francisco Laguines) and Marcos A. Huerta Duenas dba Nationwide Transport*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| JAMES BATCHELOR, individually,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO LAGUINES, an individual; MARCOS A. HUERTA DUENAS dba NATIONWIDE TRANSPORT; and DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20; inclusive,<br><br>Defendants. | Case No. 2:25-cv-00433- EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED between Plaintiff, by and their his counsel of record, Johnathan Leavitt, Esq. of RICHARD HARRIS LAW FIRM and Defendants, by and through their counsel of record, Dane W. Smith, Esq. and Susana Santana, Esq. of WOOD SMITH HENNING & BERMAN, LLP, that the above-entitled matter be dismissed with prejudice, with each of the parties to pay their own attorneys' fees and costs incurred herein.

IT IS FURTHER STIPULATED that no trial is currently scheduled.

///

///

///

///

IT IS FURTHER STIPULATED that this Stipulation may be executed in one or more counterparts, each of which shall constituted a duplicate original. a facsimile or other non-original signature shall still create a binding and enforceable agreement.

**IT IS SO AGREED.**

DATED: December 9th, 2025                                    DATED: December 9th, 2025

**WOOD, SMITH, HENNING & BERMAN LLP**                        **RICHARD HARRIS LAW FIRM**

/s/ Susana Santana                                           /s/ Johnathan Leavitt
Susana Santana                                               Johnathan Leavitt, Esq.
Nevada Bar No. 13753                                         Nevada Bar No. 13172
Dane W. Smith                                                *Attorneys for Plaintiff James Batchelor*
Nevada Bar No. 16002
*Attorneys for Francisco Laguines and Marcos A. Huerta Duenas dba Nationwide Transport*

*Batchelor v. Laguines, et al.*
Case Number: 2:25-cv-00433EJY

## ORDER

Pursuant to the above Stipulation, THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES that this matter is dismissed, each party to bear their own attorneys' fees and costs.

THE COURT FURTHER ORDERS, ADJUDGES, AND DECREES that this Stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original signature shall create a binding and enforceable agreement.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
Dated: December 30, 2025

SUBMITTED BY:

WOOD, SMITH, HENNING & BERMAN LLP

*/s/ Susana Santana*
Susana Santana
Nevada Bar No. 13753
Dane W. Smith
Nevada Bar No. 16002
*Attorneys for Francisco Laguines and*
*Marcos A. Huerta Duenas dba Nationwide Transport*